

**NUMBER 13-14-00291-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JENNIFER PENA,**                                                **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                     **Appellee.**

---

### On appeal from the 156th District Court
### of Live Oak County, Texas.

---

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Perkes and Longoria**
**Order Per Curiam**

Appellant, Jennifer Pena, has filed a notice of appeal with this Court from her convictions in trial court cause number L-12-0036-CR-B. The trial court's certification of the defendant's right to appeal shows that the case is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On, May 21, 2014, we ordered appellant's counsel, Julie Balovich, to, within thirty days, review the record and advise this Court as to whether appellant has a right to

appeal. *See* TEX. R. APP. P. 44.3, 44.4. Counsel responded to this Court's order by filing a motion to retain the appeal. The motion states that that the judgments are adjudications of guilt based upon a plea bargain for deferred adjudication, but the adjudications/revocations themselves were based upon pleas entered into in open court without a plea bargain agreement. Counsel has filed a motion to amend the trial court certification of appeal with the trial court.

Because of the ambiguity of the reporter's record and certification, we ABATE this appeal and REMAND this cause to the trial court for a hearing to determine whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's amended certification, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline. Appellant's motion to retain appeal is CARRIED WITH THE CASE.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of July, 2014.

2